**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

**UNITED STATES OF AMERICA**                           :

                          vs                           :          **No. 5:06-CR-13 (DF)**

**JIMMY FITZPATRICK, JR.,**                            :

                 **Defendant**        :

---

# O R D E R

On June 13, 2006, a PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE was filed in the above-captioned criminal proceeding and an order entered by the court directing that a bench warrant be issued for the arrest of defendant JIMMY FITZPATRICK, JR. due to alleged violations of Battery and Robbery by Force from March 23, 2006 in Bibb County, Georgia. A warrant was issued pursuant to the petition and was lodged as a detainer with the Bibb County, Georgia Sheriff's Office pending disposition of the state charges.

The undersigned has been advised that the criminal charges against defendant FITZPATRICK have now been dismissed by the District Attorney's Office in Bibb County, Georgia.  The basis for the petition seeking revocation of pretrial release being these state charges which have now been dismissed, further prosecution of the PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE  is no longer warranted.  Accordingly, for good and sufficient cause, the PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE filed June 13, 2006 is hereby DISMISSED and the warrant heretofore issued WITHDRAWN.

**SO ORDERED AND DIRECTED** this 27th day of September 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE